1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11
   MIRSAD HAJRO,                          )
12                                        )
                    Plaintiff,            )  No. C 06-7827 JW
13                                        )
             v.                           )
14                                        )
   ALBERTO GONZALES, United States        )  **STIPULATION TO EXTEND TIME**
15 Attorney General;                      )  **WITHIN WHICH THE DEFENDANTS**
   MICHAEL CHERTOFF, Secretary of the     )  **MUST FILE AN ANSWER**
16 Department of Homeland Security;       )
   EMILIO GONZALEZ, Director of United States )
17 Citizenship and Immigration Services;  )
   ROBERT S. MUELLER, Director of Federal )
18 Bureau of Investigation;               )
   DONALD NEUFELD, Director of the United )
19 States Citizenship and Immigration Services, )
   California Service Center,             )
20                                        )
                    Defendants.           )
21 _____)

22

23    Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

24 stipulate, subject to the approval of the Court, to a 14-day extension of time within which the

25 Defendants must serve their answer to the complaint in the above-entitled action.  The Defendants

26 will file their answer on or before July 2, 2007.

27 ///

28

   Stipulation for Extension
   C 06-7827 JW

| | | |
|---|---|---|
| 1 | Date: June 19, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____ |
| 5 | | ILA C. DEISS<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | | |
| 8 | Date: June 19, 2007 | _____/s/_____<br>MIRSAD HAJRO<br>*Pro se* |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 21 2007

_____[signature: James Ware]_____
JAMES WARE
United States District Judge

Stipulation for Extension
C 06-7827 JW