| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MIRSAD HAJRO, | ) | |
| Plaintiff, | ) | No. C 06-7827 JW |
| v. | ) | |
| ALBERTO GONZALES, United States Attorney General; | ) | **STIPULATION FOR REMAND and DISMISSAL; and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; | ) | *James Ware* |
| EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; | ) | |
| ROBERT S. MUELLER, Director of Federal Bureau of Investigation; | ) | |
| DONALD NEUFELD, Director of the United States Citizenship and Immigration Services, California Service Center, | ) | |
| Defendants. | ) | |

This case is an action for a judicial hearing on Plaintiff's application for Naturalization. Plaintiff alleges a delay by U.S. Citizenship and Immigration Services ("USCIS") in adjudicating that application. *See* INA § 336(b), 8 U.S.C. § 1447(b).

The parties have been advised that the necessary name check and FBI background check investigations have been completed, and that USCIS is now ready to complete the adjudication and issue a decision on the Plaintiff's application for Naturalization. Therefore, the parties HEREBY STIPULATE AND AGREE that:

Stipulation for Remand and Dismissal
C 06-7827 JW

(1) Plaintiff's naturalization application is REMANDED to U.S. Citizenship and Immigration Services for adjudication of, and issuance of a decision on, said application within 45 days after entry of this Order;

(2) This action is DISMISSED without prejudice and without costs or fees upon issuance of a decision by U.S. Citizenship and Immigration Services; and

(3) The Court shall retain jurisdiction to enforce the terms of this stipulation.

Date: August 23, 2007                            Respectfully submitted,

                                                 SCOTT N. SCHOOLS
                                                 United States Attorney


                                                        /s/
                                                 ILA C. DEISS
                                                 Assistant United States Attorney
                                                 Attorneys for Defendants


                                                        /s/
Date: August 24, 2007                            MIRSAD HAJRO
                                                 *Pro se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Clerk shall close this file.

Date:    August 30, 2007                         _____
                                                 JAMES WARE
                                                 United States District Judge

Stipulation for Remand and Dismissal
C 06-7827 JW